AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS CALVILLO,<br><br>Plaintiff,<br><br>v.<br><br>DR. KENNETH WILLIAMS, et al.,<br><br>Defendants. | Case No. 3:25-cv-00401-MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION TO EXTEND THE TIME TO RESPOND TO ECF NO'S. 21 & 22**<br><br>**[FIRST REQUEST]** |

Plaintiff, Jesus Calvillo, pro se, and Defendants, Nethanjah Breitenbach, James Dzurenda, Craig Molnar, Kenneth Williams, and Catherine Yup (collectively "Defendants"), hereby stipulate to extend the time to respond to the motions at ECF No's. 21 and 22 by seven (7) days, or until September 28, 2026, and September 18, 2026, respectively. This is Plaintiff's first request for an extension of these deadlines.

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

## I. LEGAL STANDARD

Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time [to file any paper of pleading]. . . with or without motion or notice . . . if a request is made, before the original time or its extension expires," or "on motion made after the time has expired if the party failed to act because of excusable neglect."

To demonstrate good cause, the party seeking modification must show "that, even in the exercise of due diligence, [the party was] unable to meet the" subject deadline. *Cruz v. City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19,

2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

## II. ARGUMENT

Plaintiff's deadline to respond to ECF No. 21 is September 22, 2026. ECF No. 24. Plaintiff's deadline to respond to ECF No. 22 is September 11, 2026. LR 7-2(b). Plaintiff alleges that due to staffing constraints at the institutional law library, he did not receive ECF No's. 21 & 22 until September 2, 2026.

Based upon this representation, the parties stipulate that there is good cause to extend each of these deadlines by seven (7) days. The parties respectfully request that this Court extend the deadline to respond to ECF No. 21 by seven (7) days, until September 29, 2026. The parties respectfully request that this Court extend the deadline to respond to ECF No. 22 by seven (7) days, until September 18, 2026.

DATED this 2nd day of September, 2026.

By: ____________________
Jesus Calvillo #1168456
*Plaintiff, Pro se*

DATED this 2nd day of September, 2026.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated September 3, 2026.

____________________
UNITED STATES MAGISTRATE JUDGE